# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYNOSO, | Case No.: 13-CV-4091 YGR |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| BAYSIDE MANAGEMENT COMPANY, LLC DBA EPMI, A BAYSIDE COMPANY, | |
| Defendant. | |

In light of the parties' Joint Status Statement filed May 29, 2014, the Court Continues the status hearing regarding the arbitration from June 6, 2014, to **December 19, 2014 at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether arbitration has been completed and whether this case may be dismissed.

IT IS SO ORDERED.

Date: June 4, 2014

_____

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California