| | |
|---|---|
| 1 | DANIEL RAY BACON, ESQUIRE, SB# 103866 |
| | LAW OFFICES OF DANIEL RAY BACON |
| 2 | 234 Van Ness Avenue |
| | San Francisco, California 94102-4515 |
| 3 | Telephone: (415) 864-0907 |
| | Facsimile:  (415) 864-0989 |
| 4 | email: bacondr@aol.com |

Attorneys for Plaintiff
JOSE REYNOSO

DYLAN B. CARP, SB#196846
DAVID R. JOHANSON, SB#164141
ALISON H. HONG, SB#272968
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: carp@jacksonlewis.com
        Alison.hong@jacksonlewis.com

Attorneys for Defendant
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN  DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | |
|---|---|
| JOSE REYNOSO | ) CASE NO.: 3:13-CV-04091 YGR |
| | ) |
| Plaintiff, | ) Alameda County Superior Court No: |
| | )                    13-687470 |
| vs. | ) ORDER GRANTING |
| | ) STIPULATED REQUEST FOR |
| | ) DISMISSAL WITH PREJUDICE UNDER |
| | ) RULE 41(a)(1)(A)(ii) OF THE FEDERAL |
| | ) RULES OF CIVIL PROCEDURE |
| BAYSIDE MANAGEMENT CO. LLC | ) |
| dba EPMI, A BAYSIDE COMPANY and | ) |
| DOES 1-10, Inclusive, | ) FRCivP 41(a)(1)(A)(ii) |
| | ) |
| Defendant. | ) |

The Parties have settled all of their claims in this matter and hereby notify the Court that they request, by and through their undersigned counsel, that the entire matter be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party to bear their own attorney fees and costs.

DATED:

September 10, 2014

DYLAN B.CARP
JACKSON LEWIS LLP
ATTORNEYS AT LAW

/s/ Dylan B. Carp
_____
ATTORNEY FOR DEFENDANT
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY

DATED:

September 10, 2014

LAW OFFICES OF DANIEL RAY BACON

/s/ Daniel Ray Bacon
_____
DANIEL RAY BACON
ATTORNEY  FOR PLAINTIFF
JOSE REYNOSO

Signature Attestation

I, Daniel Ray Bacon, attest that I obtained the concurrence of Dylan B. Carp in filing this document.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: September 10, 2014

/s/ Daniel Ray Bacon
_____
DANIEL RAY BACON
ATTORNEY FOR PLAINTIFF

Pursuant to the above stipulation, IT IS SO ORDERED.  The action is DISMISSED WITH PREJUDICE.

DATED: September 11, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT

- 1 -